FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 - 2008

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. '08 - CV - 01387 BNB-

**(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)**

MICHAEL REYNOLDS,

Plaintiff,

v.

STATE OF COLORADO,
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,
THE PEOPLE OF THE STATE FOR MESA COUNTY, and
THE MESA COUNTY DISTRICT COURT,

Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

Plaintiff has submitted a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" and a "Complaint Pursuant to Rule 60(B)(4) F.R.C.P., or Motion for Releif [sic] From a Final Final [sic] Judgement [sic], or, Proceeding in the U.S. District Court and the U.S. Court of Appeals for the Tenth Circuit." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this action. Because Plaintiff is challenging the validity of his state court criminal conviction, he will be directed to file the proper forms for seeking habeas corpus relief. Any papers that

Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) xx is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other:

**Complaint, Petition or Application**:

(10) __ is not submitted
(11) xx is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. __
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other ________________________

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application

for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 30th day of June, 2007.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. '08 - CV - 01387

Michael Reynolds
Reg. No. 124312
Huerfano County Correctional Center
304 Ray Sandoval Street
Walsenburg, CO 81089

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 7-1-08

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk