IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01387-BNB

MICHAEL REYNOLDS,

   Plaintiff,

v.

STATE OF COLORADO,
THE ATTORNEY GENERAL FOR THE STATE OF COLORADO,
THE PEOPLE OF THE STATE FOR MESA COUNTY, and
THE MESA COUNTY DISTRICT COURT,

   Defendants.

## ORDER OF DISMISSAL

Plaintiff Michael Reynolds initiated this action by filing *pro se* a "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" and a "Complaint Pursuant to Rule 60(B)(4) F.R.C.P., or Motion for Releif [sic] From a Final Final [sic] Judgement [sic], or, Proceeding in the U.S. District Court and the U.S. Court of Appeals for the Tenth Cir." In an order filed on July 1, 2008, Magistrate Judge Craig B. Shaffer directed the clerk of the Court to commence a civil action and directed Mr. Reynolds to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Reynolds to file the *in forma pauperis* motion and the pleading on the proper forms. Mr. Reynolds was ordered to use the forms for a habeas corpus action because he is challenging the validity of his state court criminal conviction. Mr. Reynolds was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. On July 24, 2008,

Magistrate Judge Boyd N. Boland entered a minute order granting Mr. Reynolds an extension of time to cure the deficiencies.

Mr. Reynolds has failed to cure the deficiencies within the time allowed and he has not filed any papers in this action since Magistrate Judge Boland granted him an extension of time on July 24. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" is denied as moot.

DATED at Denver, Colorado, this 3 day of Sept. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. 08-cv-01387-BNB

Michael Reynolds
Prisoner No. 124312
Huerfano County Corr. Center
304 Ray Sandoval Street
Walsenburg, CO 81089

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/4/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk